

# Fourth Court of Appeals
## San Antonio, Texas

June 6, 2019

No. 04-18-00564-CR

David Lee **YOUNG**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR2062
The Honorable Laura Lee Parker, Judge Presiding

# O R D E R

On May 22, 2019, appellant filed a "Motion for Abeyance and Remand for a Hearing [to] Disqualify and Recuse the Bexar County District Attorney's Office."  We ORDER the State to file a response on or before June 21, 2019, addressing appellant's motion to abate and remand this case to the trial court for a hearing on the issue of disqualification.

It is so **ORDERED** on June 6, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court